### 21403. CORDELL *v.* THE STATE.

BLOODWORTH, J. 1. There is no error in the instructions given the jury and of which complaint is made in the motion for a new trial, when the excerpt quoted is read in connection with the entire charge.

2. There is some evidence to support the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 13, 1931.

*B. E. Neal, Porter & Mebane,* for plaintiff in error.

*M. Neil Andrews, solicitor-general, Dean Owens, Horace D. Shattuck,* contra.